

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
JUL 1 8 2019
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:19CR553 HEA/NCC |
| v. ) | |
| ) | |
| PATRICK K. ESTES, ) | |
| ) | |
| Defendant. ) | |

**INDICTMENT**

**COUNT I**

The Grand Jury charges that:

At all times pertinent to the charges in this Indictment:

1.  Federal law defined the term:

(a) "minor" to mean any person under the age of eighteen years (18 U.S.C. § 2256(a));

(b) "sexually explicit conduct" to mean actual or simulated

   (i) sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex,

   (ii) bestiality,

   (iii) masturbation,

   (iv) sadistic or masochistic abuse, or

   (v) lascivious exhibition of the genitals or pubic area of any person

(18 U.S.C. § 2256(2)(A)); and

(c) "computer" to mean an electronic, magnetic, optical, electrochemical or other high speed data processing device performing logical, arithmetic or storage functions, including any data storage facility or communications facility directly related to or operating in conjunction with such device. (18 U.S.C. § 2256(6)).

2. The "Internet" was, and is, a computer communications network using interstate and foreign lines to transmit data streams, including data streams used to store, transfer and receive graphic files.

3. Between on or about August 1, 2018 and October 18, 2018, in Franklin County, Missouri within the Eastern District of Missouri and elsewhere,

**PATRICK K. ESTES,**

the defendant herein, did use any facility and means of interstate commerce, and did knowingly attempt to persuade, induce, entice and coerce D.W., who was a minor under the age of eighteen, to engage in sexual activity for which any person could be charged with a criminal offense, to wit: the defendant, who was at least twenty-one years of age, attempted to persuade, induce, entice and coerce D.W., who the defendant knew was a minor under the age of seventeen, to engage in sexual acts, in violation of Missouri Revised Statutes, Sections 566.064 (statutory sodomy in the second degree) and 566.071 (child molestation in the fourth degree),

in violation of Title 18 United States Code Section 2422(b).

## COUNT II

The Grand Jury further charges that:

4. The allegations contained in paragraphs one and two of Count I of this Indictment are incorporated by reference as if fully set forth herein.

5. Between on or about August 1, 2018 and October 18, 2018, in Franklin County, Missouri within the Eastern District of Missouri and elsewhere,

**PATRICK K. ESTES,**

the defendant herein, did knowingly solicit, through the mail or using any means or facility of and in and affecting interstate and foreign commerce, by any means, including by computer, any material in a manner that reflected the belief and was intended to cause another to believe that the material solicited contains a visual depiction of a minor engaging in sexually explicit conduct,

in violation of 18 United States Code Section 2252A(a)(3)(B)(ii).

## COUNT III

The Grand Jury further charges that:

6. The allegations contained in paragraphs one and two of Count I of this Indictment are incorporated by reference as if fully set forth herein.

7. Between on or about August 1, 2018 and October 18, 2018, in Franklin County, Missouri within the Eastern District of Missouri and elsewhere,

**PATRICK K. ESTES,**

the defendant herein, being required by Federal and other law to register as a sex offender, did commit a felony offense involving a minor under Title 18, United States Code, Section 2422(b), to wit: the felony offenses alleged in Counts I and II of this Indictment;

in violation of Title 18, United States Code, Section 2260A.

                                        A TRUE BILL

                                        _____

                                        FOREPERSON

JEFFREY B. JENSEN
United States Attorney


_____
Jillian S. Anderson #53918MO
Assistant United States Attorney